# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alfred Eugene Finch | )    Case No:  4:09CR3053 |
| | )    USM No:  22795-047 |
| Date of Original Judgment:    01/06/2010 | ) |
| Date of Previous Amended Judgment: | )    David R. Stickman, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | )    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    78    months **is reduced to**    60    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    01/06/2010    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:      11/14/2011          s/ Richard G. Kopf, United States District Judge
                                                       *Judge's signature*

Effective Date:      11/14/2011          Richard G. Kopf, United States District Judge
        *(if different from order date)*                       *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Alfred Eugene Finch

DEFENDANT: 

CASE NUMBER:   4:09CR3053

DISTRICT:        District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:   26                    Amended Total Offense Level:  20

Criminal History Category:       III                    Criminal History Category:      III

Previous Guideline Range:    78    to   97   months   Amended Guideline Range:    60   to  60    months

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filings 123 (motion) and 124 (stipulation) are granted.